THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0192-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ISRAEL PEREZ VILLANUEVA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue the sentencing hearing (Dkt. No. 31). Finding good cause, the motion is GRANTED. The sentencing hearing scheduled for October 27, 2020, is hereby VACATED, and continued to January 6, 2021 at 9:00 a.m. To the extent COVID-19 pandemic conditions continue to warrant remote hearings at that time, the Court directs Defendant to the Court's previous minute order (Dkt. No. 30) regarding required motions for remote hearings.

DATED this 15th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk